UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSOCIATED MUSICIANS OF GREATER
NEW YORK LOCAL 802, AFM,

                Petitioner,

        -against-

JOEY PARNES PRODUCTIONS, LLC,

                Respondent.

25-CV-10534 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On December 19, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm no later than January 9, 2026. Respondent's opposition, if any, is due no later than January 30, 2026. Petitioners' reply, if any, is due no later than February 6, 2026.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than January 9, 2026, and shall file an affidavit of such service with the court no later than January 12, 2026.

SO ORDERED.

Dated: December 22, 2025
      New York, New York

                                   ARUN SUBRAMANIAN
                                   United States District Judge